# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2067
_____

IPACKET NETWORKS, LLC;
IPACKET NETWORKS TEXAS,
LLC; et al.,

      Petitioners,

      v.

PCB COMMUNICATIONS, LLC; et
al.,

      Respondents.

_____


On appeal from the Circuit Court for Bay County.
Elijah Smiley, Judge.

August 14, 2024


PER CURIAM.

      DENIED.

OSTERHAUS, C.J., and ROWE and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles Andrew Weddle of Hand Arendall Harrison Sale, LLC, Panama City, for Petitioners.

Bailey Howard of Clark Partington, Tallahassee, and Scott Alexander Remington of Clark Partington, Pensacola, for Respondents.